JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL RENE LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:16-cv-02464-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is **REVERSED** and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with this Court's Order.

IT IS SO ORDERED.

DATED: May 29, 2018

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge